IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 1:13-cv-959 KBM/CG

ANTHONY MCCONAGHY, individually and
on behalf of all others similarly situated,

       Plaintiff,

v.

TOWNSEND FARMS, INC., an Oregon
corporation doing business in New Mexico;
PURELY POMEGRANATE, INC., and JOHN
DOES 1-100, inclusive,

       Defendant.

**ORDER GRANTING JOINT MOTION BY PLAINTIFFS AND DEFENDANTS PURELY POMEGRANATE, INC., TOWNSEND FARMS, INC., AND FALLON TRADING COMPANY TO EXTEND CASE SCHEDULE DEADLINES**

    **THIS MATTER** is before the Court on the parties Joint Motion for Extension of Time to File a Response to Plaintiffs' Second Amended Class Action Complaint for Damages. The parties request the Court extend the time in which Participating Parties may file a response to Second Amended Class Action Complaint from February 4, 2014 to May 5, 2014. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion for Extension of Time for Participating Parties to File a Response to Second Amended Class Action Complaint for Damages is **GRANTED**. Defendants shall have until **May 5, 2014,** to file a response.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE